IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANA MOORE | § | |
| | § | |
| | § | |
| VS. | § | NO. 4:24-cv-00735 |
| | § | |
| | § | |
| UNITED STATES OF AMERICA; | § | |
| UNITED STATES POSTAL SERVICE; | § | |
| AND RYAN TYROME HUNTER | § | |

<u>PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DANA MOORE, Plaintiff in the above-entitled and numbered cause, and hereby designates the following parties who may have a financial interest in the outcome of this case:

(1) Dana Moore (Plaintiff)

(2) United States of America (Defendant)

(3) United States Postal Service (Defendant)

(4) Ryan Tyrome Hunter (Defendant)

Respectfully submitted,

/S/ *Scott C. Lannie*

_____

BY:   SCOTT C. LANNIE
      Attorney-In-Charge for Plaintiff
      State Bar No. 11937350
      SDTX Bar No. 12352
      4000 Garth Road, Suite 150
      Baytown, Texas  77521
      Telephone: (281) 303-9200
      Facsimile: (281) 303-8280
      Email: sclannie@aol.com

Of Counsel:
LAW OFFICES OF SCOTT C. LANNIE, P.C.
CHRISTIAN R. JOHNSON
SBN/SDTX Bar No. 24062345
4000 Garth Road, Suite 150
Baytown, Texas  77521
Telephone: (281) 303-9200
Facsimile: (281) 303-8280
Email: christianpllc@gmail.com