IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANA MOORE | § | |
| | § | |
| | § | |
| VS. | § | NO. 4:24-cv-00735 |
| | § | |
| | § | |
| UNITED STATES OF AMERICA; | § | |
| UNITED STATES POSTAL SERVICE; | § | |
| AND RYAN TYROME HUNTER | § | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW DANA MOORE, Plaintiff in the above styled and numbered cause, and hereby advises the Court that the above-referenced cause has settled.  A formal dismissal will be filed under separate cover.


Respectfully submitted,

LAW OFFICES OF SCOTT C. LANNIE, P.C.

/s/ *Scott C. Lannie*

_____
BY:   SCOTT C. LANNIE
      Attorney for Plaintiff
      Amegy Bank Building
      1300 Rollingbrook Drive, Suite 612
      Baytown, Texas  77521
      Telephone: (281) 303-9200
      Facsimile: (281) 303-8280
      State Bar No. 11937350
      Email: sclannie@aol.com

LAW OFFICE OF CHRISTIAN R. JOHNSON PLLC

/s/ *Christian R. Johnson*

_____
BY:     CHRISTIAN R. JOHNSON
        State Bar No. 24062345
        Email: christianpllc@gmail.com
        Attorney for Plaintiff
        9205 Eagle Drive, Suite 300 - #452
        Mont Belvieu, Texas 77523
        Telephone: (281) 502-3071
        Facsimile: (281) 502-3072

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 16th day of September, 2024, a true and correct copy of the above and foregoing **PLAINTIFF'S NOTICE OF SETTLEMENT** has been served upon the following attorneys of record, via electronic service.

Mr. Kevin A. Green
Attorney-Torts
United States Postal Service
National Tort Center
1720 Market Street, Room 2400
St. Louis, MO 63155-9948
VIA E-MAIL: kevin.a.green@usps.gov

/s/ *Scott C. Lannie*

_____
SCOTT C. LANNIE
Attorney for Plaintiff